No. 608, Misc.  GLOVER ET AL. *v.* NORTH CAROLINA. Supreme Court of North Carolina.  Certiorari denied.

No. 611, Misc.  JEROME *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 612, Misc.  JACKSON *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *T. Emmett McKenzie* for petitioner.

No. 613, Misc.  WRIGHT *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 614, Misc.  JOHNSON *v.* ELLIS, GENERAL MANAGER OF THE TEXAS STATE PENITENTIARY.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 615, Misc.  FERRE *v.* RANDOLPH, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 616, Misc.  WILLIAMS *v.* ILLINOIS.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 618, Misc.  FIESTER *v.* RAGEN, WARDEN.  Circuit Court of Iroquois County, Illinois.  Certiorari denied.

No. 112, October Term, 1952.  SOBELL *v.* UNITED STATES, 344 U. S. 838.  Motion for leave to file a second petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.